AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

*By mgarcia at 2:42 pm, Nov 24, 2020*

MICHAEL P. HUNTER,

Plaintiff,

v.

WARDEN CEDRIC TAYLOR,

Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:19-cv-316

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with this Court's Order dated November 10, 2020, adopting the U.S. Magistrate Judge's Report and Recommendation as the opinion of this Court, judgment is hereby entered dismissing Petitioner's 28 U.S.C. § 2254 Petition without prejudice. The Petitioner is not entitled to a Certificate of Appealability, rendering moot any request for in forma pauperis status on appeal. This case stands closed.

Approved by: _____

November 24, 2020
*Date*

John E. Triplett, Acting Clerk
*Clerk*

_____
*(By) Deputy Clerk*

GAS Rev 10/2020